Hazen *against* Thurber and others.

On a bill for *dower*, the widow was held entitled to the value of the *mesne profits* arising on the use of the undivided third of the premises of which her husband died seized, from the death of her husband, exclusive of the improvements since made thereon. And there being several heirs and terre-tenants, the amount was directed to be assessed upon them respectively, according to the time of their enjoyment of the premises: but as the widow had never claimed her dower, and there was no opposition or vexation on the part of the defendants, *costs* were denied her.

*Sept. 9th.*

BILL for dower. The question was as to costs and mesne profits. The widow claimed the mesne profits from the death of her husband, who died seized, in 1803, and also costs. There had been no demand of dower of the heir or terre-tenant.

*Butler*, for the plaintiff.

THE CHANCELLOR. The widow is entitled to the value of the *mesne profits* arising from the use of the undivided third part of the premises whereof her husband died seized; and the account is to be taken from his death, exclusive of the improvements since made thereon; and these mesne profits are to be assessed upon the defendants, respectively, according to the time of their enjoyment of the land: And there

must be a reference to compute the same.  As the plaintiff had never claimed her dower, and no opposition or vexation is chargeable upon the heir or terre-tenant, costs are denied.  Lord *Kenyon*, in *Curtis* v. *Curtis*, (2 *Bro.* 632.) stated this to be the rule.  As the land had been sold to the *United States*, (being at *Rouse's Point*, on *Lake Cham-plain*, on the *Canadian* line) and the value of the land and improvements paid by the *U. S.*, and the money deposited in Court, for the benefit of whom it might concern, and as the plaintiff has elected to take a gross sum, in lieu of dower, the master is, also, ordered to compute the value of her dower in the sum so assessed, for the land and improvements ; and the amount must be paid to her.